■ EDWARD S. KALFAS, Appellant, v TRACIE LYNN KALFAS, Respondent. [979 NYS2d 913]—Appeal from a judgment of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered July 23, 2012 in a divorce action. The judgment, among other things, dissolved the marriage between the parties and distributed the marital debts and assets.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.